UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MYTHICS, LLC                                                                                          PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:23-CV-2977-DPJ-FKB

THE CITY OF JACKSON, MISSISSIPPI                                                       DEFENDANT

ORDER

Plaintiff Mythics, LLC, filed this breach-of-contract lawsuit against the City of Jackson, Mississippi, on October 2, 2023, invoking the Court's diversity jurisdiction. Plaintiff says it is "a Delaware limited liability company qualified to do business in Mississippi [with] a principal address" in Virginia. Compl. [1] ¶ 1. This averment does not give the Court sufficient information to determine whether subject-matter jurisdiction exists. *See Arbaugh v. Y & H Corp.*, 546 U.S. 500, 514 (2006) (explaining that district courts have "an independent obligation to determine whether subject-matter jurisdiction exists, even in the absence of a challenge from any party"). As stated in *Harvey v. Grey Wolf Drilling Co.*, an LLC's citizenship is determined by the citizenship of each member of the LLC. 542 F.3d 1077, 1079–80 (5th Cir. 2008). And when the membership of an LLC is made up of other LLCs (or partnerships), the district court must trace the citizenship of each such person or entity down the various organizational layers to determine whether any member spoils diversity of citizenship. *Lawson v. Chrysler LLC*, No. 4:08-CV-19-DPJ-JCS, 2009 WL 961226, at *2 (S.D. Miss. Apr. 7, 2009).

So that the Court can determine whether it has diversity jurisdiction over this case, Plaintiff is hereby directed to file a response to this Order, on or before October 17, 2023, indicating its members' citizenship, as well as the citizenship of all members of any LLC or partnership members.

**SO ORDERED AND ADJUDGED** this the 10th day of October, 2023.

>  s/ *Daniel P. Jordan III*  
> CHIEF UNITED STATES DISTRICT JUDGE